UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**ANGELO HALL,**

                **Plaintiff,**

        **-v-**                                                                          **05-CV-0315Sr**

**J. BLONSKY, et al.,**

                **Defendants.**

---

## DECISION AND ORDER

In accordance with 28 U.S.C. § 636(c), the parties have consented to have the undersigned conduct all further proceedings in this case, including entry of final judgment. Dkt. #9.

By letter dated August 1, 2006, plaintiff informed the Court that his interest in pursuing this case has come to an end and requested that the case be removed from the Court's trial calendar. Dkt. #31. Accordingly, this action is hereby dismissed without prejudice pursuant to Fed.R.Civ.P. 41(a)(2) and the pending motions (Dkt. ##10 & 21), are denied as moot.

        **SO ORDERED.**

DATED:    Buffalo, New York
                August 11, 2006

                                                      **s/ H. Kenneth Schroeder, Jr.**
                                                        **H. KENNETH SCHROEDER, JR.**
                                                        **United States Magistrate Judge**